UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAWANNE SPARKS,

        Plaintiff,

Case No.    11-13324

HONORABLE AVERN COHN

v.

CITY OF WARREN, et al,

        Defendants.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order entered on November 15, 2012 judgment is entered in favor of defendants and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: November 15, 2012        By: s/Julie Owens
                                                    Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, November 15, 2012, by electronic and/or ordinary mail.

                                        S/Julie Owens
                                        Case Manager, (313) 234-5160